1  Thomas M. Kerr (CA State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         tom.kerr@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  BMG MUSIC; PRIORITY RECORDS
   LLC; WARNER BROS. RECORDS, INC.;
8  INTERSCOPE RECORDS; MAVERICK
   RECORDING COMPANY; VIRGIN
9  RECORDS AMERICA, INC.; and UMG
10 RECORDINGS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; MAVERICK RECORDING COMPANY, a California joint venture; VIRGIN RECORDS AMERICA, INC., a California corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br>　　v.<br><br>BARRY MERCHANT,<br>　　　　　　　Defendant. | CASE NO. 2:07-CV-00340-DFL-DAD<br><br>Honorable David F. Levi<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE LAST DAY TO COMPLETE JOINT STATUS REPORT AND ORDER** |
|---|---|

STIPULATION
Case No. 2:07-cv-00340-DFL-DAD
#28967 v1

Defendant Barry Merchant was served with the summons and complaint on March 13, 2007, by personal service.  Plaintiffs and Defendant, each through their counsel, have been in communication and hereby stipulate to extend Defendant's time to answer the complaint until June 4, 2007.

Because a Joint Status Report is due to the Court within sixty (60) days of Defendant having been served with the summons and complaint, the Joint Status Report is currently due to the Court by May 14, 2007.  However, under the agreement of parties' counsel, Defendant's response to the complaint will not be due until June 4, 2007.  Therefore, the parties, each through their counsel, hereby stipulate to extend the date by which a Joint Status Report will be due to the Court thirty (30) days to July 5, 2007.

The parties, each through their counsel, hereby stipulate and respectfully request for leave of Court to extend Defendant's time to answer the complaint until June 4, 2007, and to extend the time to file a Joint Status Report with the Court until July 5, 2007.

DATED:  March 26, 2007	HOLME ROBERTS & OWEN LLP

By:   /s/ Thomas M. Kerr
       Thomas M. Kerr
       Attorney for Plaintiffs

DATED:  March 26, 2007	LEDFORD LAW CORPORATION

By:   /s/ Merl Ledford III
       Merl Ledford III
       Attorney for Defendant

**IT IS SO ORDERED:**

**DATED:  March 26, 2007	By: /s/ David F. Levi**
       **Honorable David F. Levi**
       **United States District Judge**

1

STIPULATION
Case No. 2:07-cv-00340-DFL-DAD
#28967 v1